**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2026

| | |
|---|---|
| DM CONSTRUTORA DE OBRAS LIMITADA, VENTURA LOCAÇÃO DE EQUIPAMENTOS LIMITADA. and CONSORCIO MGT, <br><br> Petitioners-Cross-Respondents, <br><br> v. <br><br> TUPI B.V., <br><br> Respondent-Cross-Petitioner. | Case No. 1:25-cv-07493 <br><br> [PROPOSED] JUDGMENT |

This matter came before the Court, the Honorable Colleen McMahon, United States District Judge, on Petitioners' petition to vacate an arbitration award and Cross-Petitioner's cross-motion to confirm the arbitration award. The Court, having reviewed the petition, the cross-motion, the arbitration award, and all supporting papers, and having issued, on June 25, 2026, its Decision and Order Granting Cross-Petitioner's Motion to Confirm Arbitration Award and Denying Petitioners' Motion to Vacate Arbitration Award and for Other Relief,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The arbitration award dated June 13, 2025, as supplemented by the award of attorneys' fees on September 25, 2025, (the "Award"), is confirmed in all respects pursuant to 9 U.S.C. § 9 and 9 U.S.C. § 207.

2. Judgment is entered in favor of Tupi B.V. and against DM Construtora de Obras Limitada, Ventura Locacao de Equipamentos Limitada and Consorcio MGT as follows:

    i. in the amount of **$76,135,001.87**, which includes pre-award and post-award interest through June 25, 2026.

    ii. Starting June 26, 2026, interest shall accrue at $13,137.10 per day, through the

date that final judgment is entered.

iii.  From the date judgment is entered until the judgment is satisfied in full, post-judgment interest shall accrue at the Prime Rate as published from time to time in the Wall Street Journal, currently 6.75% per annum.

3.  The Court has determined that CMGT and its counsel are liable for Tupi's attorneys' fees and costs incurred in connection with this proceeding pursuant to 28 U.S.C. § 1927, in an amount to be determined upon further submission to the Court, with the case to remain open until such determination is made.

**Tammi M. Hellwig**

Clerk of the Court

BY: _____

Deputy Clerk

So ordered:

*Colleen McMahon*

7/2/2026